UNITED STATES of America, Plaintiff—Appellee,

v.

Robert Alexander MORA, Defendant— Appellant.

No. 04–10440.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 11, 2005.

Linda C. Boone, Esq., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gerald A. Williams, AFPD, FPDAZ— Federal Public Defender's Office (Phoenix), Phoenix, AZ, for Defendant–Appellant.

Before: B. FLETCHER, TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Robert Alexander Mora appeals from his jury trial conviction for possession of body armor by a violent felon, in violation of 18 U.S.C. §§ 931 and 924(a)(7). We have jurisdiction under 28 U.S.C. § 1291, and we reverse.

Mora contends that there was insufficient evidence to support the guilty verdict in this case. We agree. No rational juror

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

could find, based on the evidence the government presented at trial, that the body armor had been offered for sale in interstate commerce. *See Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979).

**REVERSED.**

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.